**Motion Granted; Appeal Reinstated; Reversed and Remanded; and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-22-00359-CV

———————

## OILFIELD TUBULAR SOLUTIONS, LLC D/B/A INTEGRATED TUBULAR SOLUTIONS, Appellant

V.

## THE CHARTER OAK FIRE INSURANCE COMPANY AS SUBROGEE OF AMTEX MACHINE PRODUCTS, INC., Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-90071**

### MEMORANDUM OPINION

This appeal is from a final judgment signed February 14, 2022. On February 16, 2022, appellant filed an agreed motion seeking to set aside the judgment in accordance with a settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B) (noting that courts of appeals may, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk, . . . set aside the trial court's judgment

without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement"). The motion is granted.

We reinstate the appeal and reverse and remand for proceedings consistent with this opinion. We further order that the conditions of liability for the deposit in lieu of bond to supersede the reversed judgment are extinguished, and that the Harris County District Clerk release the deposited funds in the trial court's registry to appellant through its counsel of record.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Wilson.